MARK J. ROMEO    SBN 112002
LAW OFFICES OF MARK J. ROMEO
130 Sutter Street, 7th Floor
San Francisco, CA 94104
Telephone:  (415) 395-9315
Facsimile:      (415) 395-9318
*romeolaw@msn.com*

Attorneys for Plaintiff
MB RECORDINGS/SMC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MB RECORDINGS/SMC, INC. , a California corporation, doing business as SUMDAY ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> RONALD URBAN; THEODORE "TED" GREEN; DERRICK SCHULMAN; SUM DAY ENTERTAINMENT, LLC, a New York limited liability company; DRT ENTERTAINMENT, INC. , a New York corporation; NAVARRE CORPORATION, a Minnesota corporation, <br><br> Defendants. | No. C 06-1645 <br><br> ~~[PROPOSED]~~ **ORDER ON STIPULATION TO EXTEND TIME FOR ANSWER** |

Plaintiff MB RECORDINGS/SMC, INC. , a California corporation, doing business as SUMDAY ENTERTAINMENT, INC and defendant NAVARRE CORPORATION having stipulated to an extension of time for defendant to respond to the complaint,

IT IS HEREBY ORDERED that the stipulation be entered accordingly and that defendant NAVARRE CORPORATION shall have until June 30, 2006 to file and serve a response to the complaint herein.

Dated:  6/1/06                                    _[signature]_
                                                                United States District Judge

| | |
|---|---|
| 1 | PROOF OF SERVICE |

2   I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

3

4   On __5/30_____, 2006, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy XX___ the original of said document(s) in a sealed envelope(s) addressed as stated below and

5

6   BY MAIL
      I deposited such envelope(s) in the mail at San Francisco, California.

7   ___ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

10  BY PERSONAL SERVICE
      ___ Personally hand delivered said document(s) to addressee

11    ___ I caused said document(s) to be served via personal service
    BY OVERNIGHT MESSENGER

12    ___ I caused said document(s) to be served by for next-day delivery.
    BY FACSIMILE

13   _x_  And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

14                    PARTY(IES) SERVED:
    Defendant Navarre Corp

15  Henry Ben-Zvi
    Ben-Zvi & Associates

16  3231 Ocean Park Blvd #212
    Santa Monica, CA 90405

17

                    **DOCUMENT(S) SERVED:**

18  PROPOSED ORDER ON Stipulation

19
    _x_   (State) I declare under penalty of perjury under the laws of the State of California that

20          the foregoing is true and correct.

21          Executed on __5/30_____, 2006 at San Francisco, California.

22  Mark Romeo                      /s/Mark Romeo
    Type or Print Name                   Signature

23

24

25

26

27

28