MARK J. ROMEO     SBN 112002
LAW OFFICES OF MARK J. ROMEO
130 Sutter Street, 7th Floor
San Francisco, CA 94104
Telephone:  (415) 395-9315
Facsimile:      (415) 395-9318
*romeolaw@msn.com*

Attorneys for Plaintiff
MB RECORDINGS/SMC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MB RECORDINGS/SMC, INC. , a California corporation, doing business as SUMDAY ENTERTAINMENT, INC., <br><br>Plaintiff, <br><br>v. <br><br>RONALD URBAN; THEODORE "TED" GREEN; DERRICK SCHULMAN; SUM DAY ENTERTAINMENT, LLC, a New York limited liability company; DRT ENTERTAINMENT, INC. , a New York corporation; NAVARRE CORPORATION, a Minnesota corporation, <br><br>Defendants. | No. C 06-1645 <br><br>**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF NAVARRE CORPORATION** |

Plaintiff MB RECORDINGS/SMC, INC. , a California corporation, doing business as SUMDAY ENTERTAINMENT, INC and defendant NAVARRE CORPORATION having stipulated to the relief set forth in this order for dismissal of defendant,

IT IS HEREBY ORDERED that the stipulation be entered accordingly and that the complaint herein against NAVARRE CORPORATION is dismissed with prejudice, each side (plaintiff and defendant NAVARRE CORPORATION) to bear their own fees and costs.

Dated:  8/10/06                                    *[signature]*
                                                         United States District Judge

PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On __8/8_____, 2006, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy  XX___ the original of said document(s) in a sealed envelope(s) addressed as stated below and

BY MAIL
        I deposited such envelope(s) in the mail at San Francisco, California.
___    I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

BY PERSONAL SERVICE
____    Personally hand delivered said document(s) to addressee
____    I caused said document(s) to be served via personal service

BY OVERNIGHT MESSENGER
____    I caused said document(s) to be served by for next-day delivery.

BY FACSIMILE
_x__    And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

<u>PARTY(IES) SERVED</u>:

Defendant Navarre Corp
Henry Ben-Zvi
Ben-Zvi & Associates
3231 Ocean Park Blvd #212
Santa Monica, CA 90405

<b><u>DOCUMENT(S) SERVED:</u></b>

PROPOSED ORDER ON Stipulation

_x___    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __8/8_____, 2006 at San Francisco, California.

Mark Romeo                       /s/Mark Romeo
Type or Print Name                 Signature