IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MB RECORDINGS/SMC INC.,

    Plaintiff,

  v.

RONALD URBAN, et al.,

    Defendants.
                                      /

No. C 06-01645 CW

ORDER

    Default having been entered by the Clerk on August 7, 2006 as to Defendants Ronald Urban, Theodore "Ted" Green, Derrick Schulman, Sum Day Entertainment, LLC, and DRT Entertainment, Inc.,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for September 15, 2006, is continued to December 15, 2006.

Dated: 8/10/06

                                                  CLAUDIA WILKEN
                                                  United States District Judge

cc: Wings